October 25, 2011



# JUDGMENT

## The Fourteenth Court of Appeals

RICKEY ALLISON, Appellant

NO. 14-11-00605-CV               V.

PATI REAL ESTATE HOLDINGS, LLC, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on May 3, 2011. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by RICKEY ALLISON.

We further order this decision certified below for observance.